356 A.2d 361

**ESTATE of Carroll E. OGDEN, an incompetent.**

**Appeal of Basil C. CLARE, Esquire.**

Supreme Court of Pennsylvania.

Argued April 1, 1976.

Decided May 12, 1976.

Howard R. Cohen, Ridley Park, for appellant.

Peter J. Rohanna, Jr., Chester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed.   Each party to bear own costs.